UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD BURROS,

        Plaintiff,

v.                                                          Case Number: 13-13252
                                                              Honorable Victoria A. Roberts

MICHIGAN STATE INDUSTRIES, et al.,

        Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS (DOC. # 17)

On July 30, 2013, Plaintiff filed a *pro se* complaint against Michigan State Industries – an administrative unit of the Michigan Department of Corrections (MDOC) – and several MDOC employees (Defendants); Plaintiff – now on parole status with MDOC – says Defendants violated his constitutional rights while he was incarcerated at the Parnall Correctional Facility in Jackson, Michigan.

On January 23, 2014, Defendants filed a motion to dismiss (Doc. # 17). Defendants say Plaintiff fails to state a claim on which relief can be granted, because: (1) he fails to allege facts establishing a deprivation of a constitutional right; and (2) they are entitled to qualified and Eleventh Amendment immunities. Plaintiff failed to respond to Defendants motion.

The Court reviewed Defendants' motion and the applicable law and agrees with Defendants.

Defendants' motion to dismiss is **GRANTED**; Plaintiff's complaint is **DISMISSED**.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: March 14, 2014

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and Leonard Burros by electronic means or U.S. Mail on March 14, 2014.<br><br>S/Carol A. Pinegar<br>Deputy Clerk |